UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CEDRIC CHAVEZ WILLIAMS WILFRED** | * * | CIVIL ACTION NO. 2:25-cv-00354 |
| *Plaintiff* | * * | SECTION: G |
| **VERSUS** | *. * * | JUDGE: NANNETTE JOLIVETTE BROWN |
| **M/V AFRICAN AVOCET & ABC INSURANCE COMPANY** | * * * * | |
| *Defendant* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S STATUS REPORT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Cedric Chavez Williams Wilfred, who respectfully submits this Status Report in compliance with the Court's directive.

**I. Procedural Background**

This action arises under the **Jones Act**, 46 U.S.C. § 30104, and **general maritime law**. Jurisdiction is proper pursuant to **28 U.S.C. § 1333** and **Fed. R. Civ. P. 9(h)**. Plaintiff asserts claims for **negligence**, **unseaworthiness**, and **failure to provide maintenance and cure** stemming from injuries sustained **September 22, 2023**, aboard the **M/V AFRICAN AVOCET** while working at the **Avondale Terminal, Louisiana**.

Plaintiff has invoked in rem jurisdiction against the vessel and sought issuance of a **warrant of arrest** under **Supplemental Rule C**, and the **Local Admiralty Rules** of this Court.

## II. Vessel's May 2025 Entry and Departure

On or about **May 13, 2025**, the **M/V AFRICAN AVOCET** entered the **Eastern District of Louisiana**. Plaintiff promptly filed a verified complaint and accompanying motions to initiate arrest. Before the **U.S. Marshal** could execute the warrant, the vessel departed this District's waters, preventing execution despite Plaintiff's diligence.

## III. Current Location of the Vessel

As of **September 10, 2025**, reliable maritime tracking sources reflect that the **M/V AFRICAN AVOCET** is presently located in **Thailand**.

## IV. Anticipated Next Steps

Plaintiff has completed all prerequisites for arrest, including:

- Verified pleadings and proposed orders compliant with **Supplemental Rule C** and local requirements;
- Coordination with the **U.S. Marshal's Service** regarding arrest logistics; and
- Arrangements for **notice by publication** and post-arrest procedures consistent with **Supplemental Rule C(4)** and the **Local Admiralty Rules**.

Plaintiff continues to monitor the vessel's movements through port agents and maritime databases. Upon confirmation that the vessel enters a port within this District, Plaintiff will promptly advise the Court and the Marshal's Service to facilitate immediate arrest and proceed with publication and subsequent in rem proceedings.

**V. Conclusion**

No action by the Court is requested at this time. Plaintiff remains prepared to effectuate arrest and proceed under **Supplemental Rules C and E** and the **Local Admiralty Rules** upon the vessel's return to the **Eastern District of Louisiana**.

                        Respectfully submitted,

                        **LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, LLC**

                        */s/ Pius A. Obiohia*
                        **PIUS A. OBIOHA (Bar # 25810)**
                        1550 North Broad Street
                        New Orleans, Louisiana 70119
                        Tel: (504) 265-0437
                        Fax: (504) 265-0440
                        pius@obiohalaw.com
                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF filing system, this 12th day of September 2025.

                    */s/ Pius A. Obioha*
                    **PIUS A. OBIOHA**